## CHARLES D. GIANETTI *v.* GLENN SILINGER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 28857) is denied.

ROGERS, C. J., and KATZ, J., did not participate in the consideration or decision of this petition.

*Charles D. Gianetti*, pro se, in support of the petition.

*Patrick D. Skuret*, in opposition.

Decided April 21, 2008